B1 (Official Form 1)(04/13)

| United States Bankruptcy Court
District of Maryland | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):
**Hill, Sherman Taft** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years
(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years
(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN
(if more than one, state all)
**xxx-xx-6219** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN
(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):
**4515 King George Court**
**Perry Hall, MD**
ZIP Code **21128** | Street Address of Joint Debtor (No. and Street, City, and State):
ZIP Code |
| County of Residence or of the Principal Place of Business:
**Baltimore** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):
ZIP Code | Mailing Address of Joint Debtor (if different from street address):
ZIP Code |
| Location of Principal Assets of Business Debtor
(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                          **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Hill, Sherman Taft** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)         (Date)</td>
</tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                        Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| **Hill, Sherman Taft** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Sherman Taft Hill**

Signature of Debtor  **Sherman Taft Hill**

X _____

Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**March 30, 2015**

Date

### Signature of Attorney*

X **/s/ Wilbur W. Bolton**

Signature of Attorney for Debtor(s)

**Wilbur W. Bolton 01490**

Printed Name of Attorney for Debtor(s)

**Bolton & Kearney, P.A.**

Firm Name

**102 S. Park Street**
**Aberdeen, MD 21001**

_____

Address

**Email: boltonkearneybnkr@comcast.net**
**410-272-5757  Fax: 410-272-5790**

Telephone Number

**March 30, 2015**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### District of Maryland

In re    __Sherman Taft Hill__ _____

                                               Debtor(s)

Case No. _____

Chapter     __7__ _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: _[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]_

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Sherman Taft Hill**
_____
                            **Sherman Taft Hill**

Date:   **March 30, 2015**
_____

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## District of Maryland

In re    **Sherman Taft Hill**
_____,
                         Debtor

Case No. _____

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 173,000.00 | | |
| B - Personal Property | Yes | 4 | 214,361.42 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 395,866.73 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 1,109.06 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 48 | | 17,584,894.35 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 2,861.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,387.19 |
| Total Number of Sheets of ALL Schedules | | 63 | | | |
| Total Assets | | | 387,361.42 | | |
| Total Liabilities | | | | 17,981,870.14 | |

Best Case Bankruptcy

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## District of Maryland

In re    **Sherman Taft Hill**                                    ,    Case No. _____

                                         Debtor                     Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re  **Sherman Taft Hill**                                                                    ,        Case No. _____
                                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **A single family home located at 109 Duryea Drive, Joppa, MD 21085** | | H | 161,100.00 | 168,927.73 |
| **A vacant lot located at ES 15" Alley, 1st East of Govane Ave, Balto. Md** | | H | 11,900.00 | 0.00 |

|  | Sub-Total > | 173,000.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 173,000.00 | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Sherman Taft Hill**
_____ ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on hand** | **H** | 25.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **TD Bank, 1800 Eastern Avenue, Essex, MD 21221, checking account in name of Sherman Hill, account number xxxx-xxxx-342** | **H** | 1,121.49 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **None** | - | 0.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Debtor owns no household goods or furnishings**<br><br>**Compuer and printer - Value $700.00** | **H** | 700.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **None** | - | 0.00 |
| 6. Wearing apparel. | | **All mens clothing** | **H** | 1,000.00 |
| 7. Furs and jewelry. | | **Mens wedding rings** | **H** | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Rifle** | **H** | 200.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **John Hancock Life, term life policy POD, beneficiary Jean Hill with invested assets** | **H** | 11,324.26 |
| 10. Annuities. Itemize and name each issuer. | | **None** | - | 0.00 |

|  |  |  |
|---|---|---|
| | Sub-Total > | **14,870.75** |
| | (Total of this page) | |

__3__    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re     **Sherman Taft Hill** _____ ,     Case No. _____

                                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | None | - | 0.00 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **John Hancock Retirement Plan** | H | 196,440.67 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | None | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | **Hill Restoration Services, LLC/Servpro owned as tenants by the entireties with Debtor's wife, Glass Investments Inc, debtor is a 10% owner, Hill Gas & Oil, debtor is a 50% owner, Colonial Tidewater Realty Income Partners, LLC - debtor is a 1% owner, Watsch Development LLC debtor is a 50% owner, Bloss Lease joint venture, debtor is a 33% owner subordinated, CECOM, LLC - debtor is a 50% owner, UTE Development LLC, 100% owner, owns 1% of Catalyst Group, LP, HGO, Citizens & Northern Bank, joint venture account, account number xxxx-6367, no value** | - | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Aftermarket Enterprises, Inc., a/k/a/All Digital Inc stocks - 10,000 shares of stock with no cash value**<br><br>**Smart Structure Inc., 5000 units of stocks - with no cash value** | H | 0.00 |
| 16. Accounts receivable. | | **HGO, Citizens & Northern Bank - PGI/HGO Joint Venture Account, account xxxx-6367 - balance in checking account - $3,000.00** | H | 3,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | None | - | 0.00 |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **One weeks wages**<br><br>**Estimated 2014 tax refunds** | H | 0.00 |

Sub-Total >       **199,440.67**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Sherman Taft Hill**                                                            ,   Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | None | | - | 0.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | None | | - | 0.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | None | | - | 0.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | None | | - | 0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | None | | - | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | None | | - | 0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | Unknown | | - | 0.00 |
| | None | | - | 0.00 |
| 26. Boats, motors, and accessories. | None | | - | 0.00 |
| 27. Aircraft and accessories. | None | | - | 0.00 |
| 28. Office equipment, furnishings, and supplies. | None | | - | 0.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | None | | - | 0.00 |
| 30. Inventory. | None | | - | 0.00 |

Sub-Total >                0.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re     **Sherman Taft Hill**                                          ,          Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | None | | - | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | None | | - | 0.00 |
| 33. Farming equipment and implements. | None | | - | 0.00 |
| 34. Farm supplies, chemicals, and feed. | None | | - | 0.00 |
| 35. Other personal property of any kind not already listed. Itemize. | Cell phone | | H | 50.00 |

|  |  |
|---|---|
| Sub-Total > | **50.00** |
| (Total of this page) | |
| Total > | **214,361.42** |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

In re    **Sherman Taft Hill**                                         ,        Case No. _____
                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                   *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Cash on Hand** | | | |
| **Cash on hand** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | **25.00** | **25.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **TD Bank, 1800 Eastern Avenue, Essex, MD 21221, checking account in name of Sherman Hill, account number xxxx-xxxx-342** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | **1,121.49** | **1,121.49** |
| **Household Goods and Furnishings** | | | |
| **Debtor owns no household goods or furnishings** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | **700.00** | **700.00** |
| **Compuer and printer - Value $700.00** | | | |
| **Wearing Apparel** | | | |
| **All mens clothing** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4)** | **1,000.00** | **1,000.00** |
| **Furs and Jewelry** | | | |
| **Mens wedding rings** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | **500.00** | **500.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Rifle** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | **200.00** | **200.00** |
| **Interests in Insurance Policies** | | | |
| **John Hancock Life, term life policy POD, beneficiary Jean Hill with invested assets** | **Md. Code Ann., Ins. § 16-111(a)** | **11,324.26** | **11,324.26** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **John Hancock Retirement Plan** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(h)** | **196,440.67** | **196,440.67** |
| **Accounts Receivable** | | | |
| **HGO, Citizens & Northern Bank - PGI/HGO Joint Venture Account, account xxxx-6367 - balance in checking account - $3,000.00** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | **3,000.00** | **3,000.00** |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **Cell phone** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | **50.00** | **50.00** |
| | Total: | **214,361.42** | **214,361.42** |

___**0**___ continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re **Sherman Taft Hill**                                                                                      , Case No. _____
                                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Dackman & Heyman, LLC 2221 Maryland Avenue Baltimore, MD 21218** | - | | **Notice only** **Representing Regal Bank & Trust** Value $              0.00 | | | | 0.00 | 0.00 |
| Account No. **xxxx-xxx-554** **Ocwen Loan Servicing, LLC 1661 Worthington Blvd, Suite 100 West Palm Beach, FL 33409** | | H | **First Mortgage** **A single family home located at 109 Duryea Drive, Joppa, MD 21085** Value $       161,100.00 | | | | 168,927.73 | 7,827.73 |
| Account No. **xxxxxx5520** **Regal Bank & Trust PO Box 426 11436 Cronhill Drive, Unit 1 Owings Mills, MD 21117** | - | | **Glass, Investment loans on shopping center located at 756 Towne Center Drive, Joppa, MD 21085, Colonial Edgewood Holding, Inc., and 3212 East Joppa Road.** Value $       563,600.00 | | | X | 226,939.00 | 0.00 |
| Account No. | | | Value $ | | | | | |

**0** continuation sheets attached

|  | Subtotal (Total of this page) | 395,866.73 | 7,827.73 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 395,866.73 | 7,827.73 |

B6E (Official Form 6E) (4/13)

.

In re   **Sherman Taft Hill**                              ,        Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

__1__    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    **Sherman Taft Hill**                                                                                          ,    Case No. _____
                                                                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx6900**<br><br>**Bureau of Revenue Collections**<br>**200 Holliday Street**<br>**Baltimore, MD 21202** | | H | Real estate taxes | | | | 280.84 | 0.00 | 280.84 |
| Account No. **xxx8416**<br><br>**Bureau of Revenue Collections**<br>**200 Holliday Street**<br>**Baltimore, MD 21202** | | H | Miscellaneous bill from City of Baltimore | | | | 221.83 | 0.00 | 221.83 |
| Account No. **xxxxxxx8003**<br><br>**Harford County Maryland**<br>**220 S. Main Street**<br>**Bel Air, MD 21014** | | H | Water/Sewer services | | | | 606.39 | 0.00 | 606.39 |
| Account No.<br><br>**Securities Exchange Commission**<br>**Independence Center**<br>**701 Market Street**<br>**Philadelphia, PA 19106-1532** | | - | Notice only | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |

Sheet ___1___ of ___1___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal<br>(Total of this page) | 0.00 | |
|---|---|---|---|
|  |  | 1,109.06 | 1,109.06 |
|  | Total<br>(Report on Summary of Schedules) | 0.00 | |
|  |  | 1,109.06 | 1,109.06 |

B6F (Official Form 6F) (12/07)

In re    **Sherman Taft Hill**                                              ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Adam H. Weber, Jr. <br> 13821 Baldwin Mill Road <br> Baldwin, MD 21013 | - | | **Investor Colonial Tidewater Realty Income Partners, LLC/Investor/Catalyst Group, L.P.** | | | X | 71,279.74 |
| Account No. <br><br> Adam Weber, Jr. <br> c/o Thomas C. Costello, Esquire <br> Costello Law Group <br> 409 Washington Avenue <br> Towson, MD 21204 | - | | **Notice only** | | | X | 0.00 |
| Account No. <br><br> Allan Fenselau <br> 19 Hickory Meadows Road <br> Cockeysville, MD 21030 | - | | **Investor Colonial Tidewater Realty Income Partners, LLC** | | | X | 90,000.00 |
| Account No. <br><br> Allen Sullender Family Trust <br> 15805 York Road <br> Sparks Glencoe, MD 21152 | - | | **Investor Colonial Elkhead Communications, LLC** | | | X | 50,000.00 |

__47__ continuation sheets attached

| | Subtotal (Total of this page) | 211,279.74 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sherman Taft Hill**                                                                    ,         Case No. _____
                                                  **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investor Bloss I Lease, joint venture /Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| Allene O. Sullender, Trustee 15805 York Road Sparks Glencoe, MD 21152 | - | | | | | X | |
| | | | | | | | 135,000.00 |
| Account No. | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| Allene Sullender 15805 York Road Sparks Glencoe, MD 21152 | - | | | | | X | |
| | | | | | | | 0.00 |
| Account No. xxxx-xxxxxx-x3005 | | | Credit card purchases | | | | |
| American Express Goldcard PO Box 1270 Newark, NJ 07101 | | H | | X | | | |
| | | | | | | | 5,352.36 |
| Account No. | | | Attorney for Hill & Glover Broadcasting, LLC/Notice only | | | | |
| Andre Morris & Buttery 1102 Laurel Lane PO Box 730 San Luis Obispo, CA 93406-0730 | - | | | | | | |
| | | | | | | | 0.00 |
| Account No. | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| Anna Marie Sohn 1207 Mountain Road Joppa, MD 21085 | - | | | | | X | |
| | | | | | | | 25,000.00 |

Sheet no. __1__ of __47__ sheets attached to Schedule of                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)        165,352.36

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sherman Taft Hill** _____,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Arthur Todd** <br> **104 Choptank Terrace** <br> **Cambridge, MD 21613** | - | | **Investor Colonial Tidewater Realty Income Partners, LLC** | | | X | 40,000.00 |
| Account No. **xxxx-xxxx-xxxx-2632** <br><br> **Bank of America** <br> **PO Box 15019** <br> **Wilmington, DE 19886** | | H | **Credit card purchases** | | | | 10,842.49 |
| Account No. **xxxx-xxxx-xxxx-9638** <br><br> **Bank of America** <br> **PO Box 15019** <br> **Wilmington, DE 19886** | | H | **Credit card purchases** | | X | | 15,684.90 |
| Account No. <br><br> **Barbara A. Clark** <br> **4453 Carroll Manor Road** <br> **Baldwin, MD 21013** | - | | **Investor Colonial Tidewater Realty Income Partners, LLC** | | | X | 75,000.00 |
| Account No. <br><br> **Barbara A. Solomon** <br> **2302 Weathervane Road** <br> **Parkville, MD 21234** | - | | **Investor Colonial Tidewater Realty Income Partners, LLC/Colonial Elkhead Communications, Inc.** | | | X | 60,000.00 |

Sheet no. __2___ of __47___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

201,527.39

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sherman Taft Hill**                                              ,        Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Barbara Bergmann**<br>**4446 Nob Hill Lane**<br>**Freeland, WA 98249** | - | | **Investor Colonial Tidewater Realty Income Partners, LLC** | | | X | 164,625.66 |
| Account No.<br><br>**Barbara Bergnann**<br>**c/o Thomas C. Costello, Esquire**<br>**Costello Law Group**<br>**409 Washington Avenue**<br>**Towson, MD 21204** | - | | **Notice Only** | | | | 0.00 |
| Account No.<br><br>**Barbara Oshman**<br>**19 Hickory Meadow Road**<br>**Cockeysville, MD 21030** | - | | **Investor Colonial Tidewater Realty Income Partners, LLC** | | | X | 10,000.00 |
| Account No.<br><br>**Barrett and Phyllis Miller**<br>**719 Windover Drive**<br>**Brevard, NC 28712** | - | | **Investor Colonial Tidewater Realty Income Partners, LLC** | | | X | 300,000.00 |
| Account No.<br><br>**Bashlor Properties**<br>**c/o Anthony C, Kayte**<br>**Ballard Spahr LLP**<br>**201 S. Main Street, Ste 800**<br>**Salt Lake City, UT 84111** | - | | **Notice only/Miller v Hill & Glover Broadcasting, et al** | | X | X | 50,000.00 |

Sheet no. __3__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal | |
| (Total of this page) | 524,625.66 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sherman Taft Hill**                                               ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| Bonnie L. Skane 7233 Bridgewood Drive Baltimore, MD 21224 | - | | | | | | | X | |
| | | | | | | | | | 40,000.00 |
| Account No. | | | | | Notice only | | | | |
| Brian Richardson c/o Thomas C. Costello, Esquire Costello Law Group 409 Washington Avenue Towson, MD 21204 | - | | | | | | | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| Brian Richardson 6326 Knellwood Drive Frederick, MD 21701 | - | | | | | | | X | |
| | | | | | | | | | 115,000.00 |
| Account No. | | | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| Brian Washburn 17521 Troyer Road Monkton, MD 21111 | - | | | | | | | X | |
| | | | | | | | | | 25,000.00 |
| Account No. | | | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| Bromwell Family LLC 5011 Rippling Road Cambridge, MD 21613 | - | | | | | | | X | |
| | | | | | | | | | 150,000.00 |

Sheet no. __4___ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        330,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sherman Taft Hill**                                                                ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| Bruce Morris 4446 Nob Hill Lane Freeland, WA 98249 | - | | | | | | X | |
| | | | | | | | | 25,000.00 |
| Account No. | | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| C. Everett Latleif, Jr. 1006 Joyce Drive Crownsville, MD 21032 | - | | | | | | X | |
| | | | | | | | | 150,000.00 |
| Account No. | | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| Calvin Jensen 710 E. 100 S Hyde Park, UT 84318 | - | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Investor Colonial Tidewater Realty Income Partners, LLC/Investor/Cinnamon Woods/Catalyst Group, L.P. | | | | |
| Carol A. Bogash 2515 Boston Street #1208 Baltimore, MD 21224 | - | | | | | | X | |
| | | | | | | | | 79,500.00 |
| Account No. | | | | Investor Colonial Elkhead Communications, LLC | | | | |
| Carol Lynn Morris 20 East High Street Lebanon, PA 17042 | - | | | | | | X | |
| | | | | | | | | 37,500.00 |

Sheet no. __5__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

292,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re __**Sherman Taft Hill**_____,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| Catherine England 10703 Cardington Way, Apt. T4 Cockeysville, MD 21030 | | - | | | | X | 35,000.00 |
| Account No. | | | Investor Bloss Lease I joint venture | | | | |
| Charles W. Baer 709 Leeds Drive Evans, GA 30809 | | - | | | | X | 0.00 |
| Account No. | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| Christine R. Gray 2720 N. Calvert Street Baltimore, MD 21218 | | - | | | | X | 50,000.00 |
| Account No. | | | Investor Colonial Elkhead Communications, LLC | | | | |
| Colonial Tidewater PO Box 44348 Nottingham, MD 21236 | | - | | | | X | 735,806.79 |
| Account No. | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| Concetta & Steve Hamilton | | - | | | | X | 66,821.31 |

Sheet no. __6___ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

887,628.10

B6F (Official Form 6F) (12/07) - Cont.

In re     **Sherman Taft Hill**                                        ,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investor Colonial Tidewater Realty Income Partners, LLC/Colonial Elkhead Communications, Inc. | | | | |
| Crystal M. Bromwell 5011 Rippling Road Cambridge, MD 21613 | - | | | | | X | |
| | | | | | | | 91,171.00 |
| Account No. | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| Dale Cannella 2808 Cub Hill Road Parkville, MD 21234 | - | | | | | X | |
| | | | | | | | 200,000.00 |
| Account No. | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| Daniel H. & June Young 13213 Manor Road Glen Arm, MD 21057 | - | | | | | X | |
| | | | | | | | 50,000.00 |
| Account No. | | | Investor Bloss Lease 1 Joint Venture | | | | |
| David & Sarah Loetell 3501 Northwind Road Parkville, MD 21234 | - | | | | | X | |
| | | | | | | | 0.00 |
| Account No. | | | Notice only | | | | |
| David H. Loetell c/o Thomas C. Costello, Esquire Costello Law Group 409 Washington Avenue Towson, MD 21204 | - | | | | | X | |
| | | | | | | | 0.00 |

Sheet no. __7__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

341,171.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sherman Taft Hill** _____,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| David Loetell 3501 Northwind Road Parkville, MD 21234 | - | | | | | X | 203,183.94 |
| Account No. | | | Partner/Investor Moreland Associates, LLC | | | | |
| David Reynolds 18923 Hwy 65 Cedaredge, CO 81413 | - | | | X | X | X | 0.00 |
| Account No. | | | Investor Colonial Elkhead Communications, LLC | | | | |
| Dean Sullender 64 Bayberry Road Concord, MA 01742 | - | | | | | X | 25,000.00 |
| Account No. | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| Deborah J. Nash 1656 Probart Street Brevard, NC 28712 | - | | | | | X | 105,916.78 |
| Account No. | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| Della Baker 1020 Santa Margarita Drive Fallbrook, CA 92028 | - | | | | | X | 500,000.00 |

Sheet no. __8__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          834,100.72

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sherman Taft Hill** _____,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Dennis A. Guerieri<br>5 Challenger Court<br>Parkville, MD 21234 | - | | Investor Colonial Tidewater Realty Income Partners, LLC | | | X | 168,480.82 |
| Account No.<br><br>Diana Lynn Bennett<br>18939 Rosewood Drive<br>Stewartstown, PA 17363 | - | | Investor  Colonial Tidewater Realty Income Partners, LLC | | | X | 150,000.00 |
| Account No.<br><br>Diane Klukosky<br>9691 Spratley Avenue<br>Laurel, MD 20723 | - | | Investor Colonial Elkhead Communications, LLC | | | X | 0.00 |
| Account No.<br><br>Diane Klukosky<br>c/o Thomas C. Costello, Esquire<br>Costello Law Group<br>409 Washington Avenue<br>Towson, MD 21204 | - | | Notice only | | | X | 0.00 |
| Account No.<br><br>Donald W. Johnson<br>2905 Spring Canyon Road<br>Santa Ynez, CA 93460 | - | | Investor Colonial Tidewater Realty Income Partners, LLC | | | X | 101,218.56 |

Sheet no. __9__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **419,699.38**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sherman Taft Hill** ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Investor Colonial Elkhead Communications, LLC | | | | |
| Donald Wessell 3830 Taylor Avenue Nottingham, MD 21236 | - | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Notice only | | | | |
| Donald Wessell c/o Thomas C. Costello, Esquire Costello Law Group 409 Washington Avenue Towson, MD 21204 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| Doreen B. Blank 1020 Santa Margarita Drive Fallbrook, CA 92028 | - | | | | | | X | |
| | | | | | | | | 40,000.00 |
| Account No. | | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| Dorothy Slokan 8405 Oakleigh Road Parkville, MD 21234 | - | | | | | | X | |
| | | | | | | | | 5,000.00 |
| Account No. | | | | Investor Glass Investments, Inc./Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| Dr. Julia Glass 802 Kenbrook Drive Silver Spring, MD 20902 | - | | | | X | X | X | |
| | | | | | | | | 100,000.00 |

Sheet no. __10__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **145,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sherman Taft Hill** _____,    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Legal Fees | | | | |
| **Durham, Jones & Pinegar, P.C. 3301 North Thanksgiving Way,Suite 400 Lehi, UT 84043** | - | | | | | | | **10,000.00** |
| Account No. | | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| **Earl Myers 11240 Philadelphia Road White Marsh, MD 21162** | - | | | | | | X | **75,000.00** |
| Account No. | | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| **Earl Snyder 100 McCormick Avenue Baltimore, MD 21206** | - | | | | | | X | **25,000.00** |
| Account No. | | | | Investor Colonial Tidewater Realty Income Partners, LLC/Investor Colonial Elkhead Communications, LLC | | | | |
| **Edith de Russy 315 Hopkins Road Baltimore, MD 21212** | - | | | | | | X | **92,086.70** |
| Account No. | | | | Investor in Cinnamon Woods/Catalyst Group, L.P., loaned money model home | | | | |
| **Edith deRussy 315 Hopkins Road Baltimore, MD 21212** | - | | | | | | | **25,000.00** |

Sheet no. __11__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                   Subtotal
         (Total of this page)     **227,086.70**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sherman Taft Hill**                                                      ,     Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Edna Bradford**<br>**c/o Barbara Clark**<br>**4453 Carroll Manor Road**<br>**Baldwin, MD 21013** | - | | **Investor Colonial Tidewater Realty Income Partners, LLC** | | | X | **25,000.00** |
| Account No.<br><br>**Edward A. Blank**<br>**1020 Santa Margarita Drive**<br>**Fallbrook, CA 92028** | - | | **Investor Colonial Tidewater Realty Income Partners, LLC** | | | X | **150,000.00** |
| Account No.<br><br>**Edward McBride**<br>**4302 East Joppa Road**<br>**Nottingham, MD 21236** | - | | **Investor in Colonial Elkhead Communications, LLC** | | | | **0.00** |
| Account No.<br><br>**Edward McBride**<br>**c/o Thomas C. Costello, Esquire**<br>**Costello Law Group**<br>**409 Washington Avenue**<br>**Towson, MD 21204** | - | | **Notice only** | | | | **0.00** |
| Account No.<br><br>**Eleanore & William Kruse**<br>**1317 Spring Avenue**<br>**Rosedale, MD 21237** | - | | **Investor Colonial Tidewater Realty Income Partners, LLC** | | | X | **201,050.51** |

Sheet no. __12__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal<br>(Total of this page) | **376,050.51** |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sherman Taft Hill**                                          ,        Case No. _____
                                      **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| Eleanore P. Ripperger 2719 Waldor Drive Parkville, MD 21234 | - | | | | | X | |
| | | | | | | | 150,000.00 |
| Account No. | | | Investor Colonial Elkhead Communications, LLC/Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| Elizabeth A. Bromwell 5011 Rippling Road Cambridge, MD 21613 | - | | | | | | |
| | | | | | | | 91,171.00 |
| Account No. | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| Elizabeth A. Rouchka c/o Vickie Meil 6001 NE Poplar Drive Kansas City, MO 64118 | - | | | | | X | |
| | | | | | | | 0.00 |
| Account No. | | | Investor Colonial Realty Tidewater Income Partners, LLC | | | | |
| Elizabeth Maskell 4 Kathsway Court Parkville, MD 21234 | - | | | | | X | |
| | | | | | | | 85,218.13 |
| Account No. | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| Ella Rawl 11714 Mohr Road Kingsville, MD 21087 | - | | | | | X | |
| | | | | | | | 60,000.00 |

Sheet no. __13__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                386,389.13

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sherman Taft Hill**                                          ,      Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Signator Investors, Inc. | | | | |
| Ethna McBride 4302 East Joppa Road Nottingham, MD 21236 | - | | | | | X | |
| | | | | | | | 0.00 |
| Account No. | | | Notice only | | | | |
| Ethna McBride c/o Thomas C. Costello, Esquire Costello Law Group 409 Washington Avenue Towson, MD 21204 | - | | | | | X | |
| | | | | | | | 0.00 |
| Account No. | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| Ethna McBride 4302 East Joppa Road Nottingham, MD 21236 | - | | | | | X | |
| | | | | | | | 10,000.00 |
| Account No. | | | Notice only | | | | |
| Everett Katleif c/o Thomas C. Costello, Esquire Costello Law Group 409 Washington Avenue Towson, MD 21204 | - | | | | | X | |
| | | | | | | | 0.00 |
| Account No. | | | Signator Investors, Inc. | | | | |
| Everett Latleif 1006 Joyce Drive Crownsville, MD 21032 | - | | | | | X | |
| | | | | | | | 0.00 |

Sheet no. __14__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **10,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __**Sherman Taft Hill**_____,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice only | | | | |
| F&L Broadcast Development c/o Dorsey & Whiteney (UT) 136 S. Main Street, Ste 1000 Salt Lake City, UT 84101 | - | | | | | | | 0.00 |
| Account No. | | | | Consultant for Colonial Elkhead Communications, LLC | | | | |
| F&L Broadcast Development Corporation 1257 Via Rafael San Marcos, CA 92078 | - | | | | | | X | 50,000.00 |
| Account No. | | | | Investor Colonial Elkhead Communications, LLC | | | | |
| F. Keen Blaker 7801 York Road, Suite 124 Towson, MD 21204 | - | | | | | | X | 37,500.00 |
| Account No. | | | | Ball's & Sorber Associates LLC | | | | |
| Five Star Bank 55 North Main Street PO Box 150 Warsaw, NY 14569 | | H | | | | | | 303,835.93 |
| Account No. | | | | Notice only/Miller v Hill & Glover Broadcasting, et al | | | | |
| Fletcher Heald & Hildreth c/o Anthony C. Kaye Ballard Spahr LLP 201 S. Main Street, Suite 800 Salt Lake City, UT 84111 | - | | | | | | X | 0.00 |

Sheet no. __**15**__ of __**47**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

391,335.93

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sherman Taft Hill** _____,   Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Francine Sullender**<br>**15805 York Road**<br>**Sparks Glencoe, MD 21152** | - | | **Investor/Cinnamon Woods/Catalyst Group, L.P., model home note** | | | | **25,000.00** |
| Account No.<br><br>**Francine Sullender**<br>**15805 York Road**<br>**Sparks Glencoe, MD 21152** | - | | **Investor Colonial Tidewater Realty  Income Partners, LLC** | | | X | **151,237.53** |
| Account No.<br><br>**Frank Gargiulo**<br>**12928 Community Road**<br>**Middle River, MD 21220** | - | | **Investor Colonial Tidewater Realty  Income Partners, LLC** | | | X | **57,292.30** |
| Account No.<br><br>**Frank Klukosky**<br>**9691 Spratley Avenue**<br>**Laurel, MD 20723** | - | | **Investor Colonial Tidewater Realty Income Partners, LLC** | | | X | **100,000.00** |
| Account No.<br><br>**Gary D. Frederick**<br>**55 South Kukui Street**<br>**Apt. 1314**<br>**Honolulu, HI 96813** | - | | **Investor Colonial Tidewater Realty Income Partners, LLC** | | | X | **123,690.91** |

Sheet no. __16__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **457,220.74**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sherman Taft Hill**                                    ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Investor Bloss Lease 1 Joint Venture | | | | |
| Gary Frederick 55 South Kukui Street Apt. 1314 Honolulu, HI 96813 | - | | | | | | | X | 0.00 |
| Account No. | | | | | Receiver for Yellow Rose/Notice only/Miller v Hill & Glover Broadcasting, Inc. | | | | |
| Gil A.Miller c/o Cory A Talbot Holland & Hart (UT) 222 S. Main Street, Ste. 2200 Salt Lake City, UT 84101 | - | | | | | | | | 0.00 |
| Account No. | | | | | Investor Colonial Elkhead Communications, LLC | | | | |
| Gloria W. Bledsoe 4025 Forest Valley Road Parkville, MD 21234 | | | | | | | | X | 25,000.00 |
| Account No. | | | | | Investor Colonial Tidewater Realty  Income Partners, LLC | | | | |
| Gregory J. Honchar 12913 Gent Road Reisterstown, MD 21136 | - | | | | | | | X | 29,880.46 |
| Account No. | | | | | Investor in Bloss Leaase I, joint venture | | | | |
| Harold E. Bloss 75 Crestview Drive Lebanon, PA 17042 | - | | | | | | | | 0.00 |

Sheet no. __17__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **54,880.46**

B6F (Official Form 6F) (12/07) - Cont.

In re      **Sherman Taft Hill**                                          ,      Case No. _____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Harry E. Russell<br>11845 Long Green Pike<br>Glen Arm, MD 21057** | - | | **Investor Colonial Tidewater Realty  Income Partners, LLC** | | | X | 35,639.68 |
| Account No.<br><br>**Haru Chang<br>4 Briarwood Farm Court<br>Reisterstown, MD 21136** | - | | **Investor Colonial Tidewater Realty Income Partners, LLC** | | | X | 67,960.48 |
| Account No.<br><br>**Hazel Graham<br>749 South 200 West<br>Orem, UT 84058** | - | | **Investor Colonial Elkhead Communications, LLC and Investor Colonial Tidewater Income Partners, LLC** | | | X | 401,244.63 |
| Account No.<br><br>**Heather Russo<br>1 Collins Court<br>Lutherville Timonium, MD 21093** | - | | **Investor Colonial Elkhead Communications, LLC** | | | X | 20,000.00 |
| Account No.<br><br>**Herndon & Mary Peach<br>PO Box 4060<br>Ocean City, MD 21843** | - | | **Investor Bloss Lease I, Joint Venture** | | | X | 0.00 |

Sheet no. __18__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

524,844.79

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sherman Taft Hill** _____ ,   Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W | J C | | | | | |
| Account No.<br><br>**Howard Bank a/k/a NBRS<br>6 Pearl Street<br>PO Box 370<br>Rising Sun, MD 21911** | - | | | | **Mortgage/Line of credit personally guaranteed by Sherman Hill/Catalyst Group Limited Partnership** | | | X | 15,850.00 |
| Account No.<br><br>**Howard Bank a/k/a/ NBRS<br>6 Pearl Street<br>PO Box 370<br>Rising Sun, MD 21911** | - | | | | **Mortgage/Line of credit personally guaranteed by Sherman Hill/Catalyst Group Limited Partnership** | | | X | 5,000.00 |
| Account No.<br><br>**Howard Bank/aka NBRS Financial Bank<br>6 Pearl Street<br>Rising Sun, MD 21911** | - | | | | **Confessed Judgment** | | | X | 1,108,515.09 |
| Account No.<br><br>**Hunter, Maclean Exley & Dunn<br>c/o Jeffrey Scott Williams<br>Hollingworth & Williams<br>68 S. Main Street, Ste. 600<br>Salt Lake City, UT 84101** | - | | | | **Notice only/Miller v Hill & Glover Broadcasting, et al** | | | X | 0.00 |
| Account No.<br><br>**Insco Insurance Services<br>17780 Fitch, Suite 200<br>Irvine, CA 92614** | - | | | | **Performance bond personally guaranteed by Sherman Hill for Catalyst Group Limited Partnership** | | | X | 76,986.25 |

Sheet no. __19__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 1,206,351.34 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sherman Taft Hill**                                      ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Performance bond personally guaranteed by Sherman Hill/Catalyst Group Limited Partnership | | | | |
| Insco Insurance Services, Inc. 17780 Fitch Avenue Suite 200 Irvine, CA 92614 | - | | | | | X | 512,001.05 |
| Account No. | | | Notice only/Miller v Hill & Glover Broadcasting, et al | | | | |
| Irwin Campbell & Tannenwald c/o Anthony C. Kaye Ballard Spahr LLP 201 S. Main Street, Suite 800 Salt Lake City, UT 84111 | - | | | | | X | 0.00 |
| Account No. | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| J.F. Cain 5505 Anthony Avenue Baltimore, MD 21206 | - | | | | | X | 50,000.00 |
| Account No. | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| Jacqueline Jones c/o Jeff Jones 12922 Safford East Street Garden Grove, CA 92840 | - | | | | | X | 89,385.95 |
| Account No. | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| James Dayton 5310 Surburban Drive Cambridge, MD 21613 | - | | | | | X | 100,000.00 |

Sheet no. __20__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          751,387.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sherman Taft Hill**                                                             ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Investor Bloss Lease I joint venture | | | | |
| James E. Baer 156 Inverness Road Severna Park, MD 21146 | | - | | | | | | 0.00 |
| Account No. | | | | Investor Colonial Elkhead Communications, LLC/Colonial Tidewater Realty Income Partners, LLC | | | X | |
| James Glover 2000 Wilson Road White Hall, MD 21161 | | - | | | | | | 32,100.00 |
| Account No. | | | | Miller v Hill & Glover Broadcasting, et al | | | X | |
| James Glover 2000 Wilson Road White Hall, MD 21161 | | - | | | | | | 0.00 |
| Account No. | | | | Notice only/Miller v Hill & Glover Broadcasting et al | | | X | |
| James R. Glover c/o Jon-Jorge Aras Spadea Lanard & Lignana 1315 Walnut St., Suite 1119 Philadelphia, PA 19107 | | - | | | | | | 0.00 |
| Account No. | | | | Notice only | | | X | |
| James R. Glover c/o Howard, Lewis & Peterson 120 E 300 N. PO Box 1248 Provo, UT 84603 | | - | | | | | | 0.00 |

Sheet no. __21__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

32,100.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sherman Taft Hill**                               ,         Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Notice only | | | X | |
| **James R. Glover c/o Mark D. Maneche, Esquire Pessin Katz Law, P.A. 901 Dulaney Valley Rd., Suite 400 Towson, MD 21204** | | | | | | | | 0.00 |
| Account No. | | - | | Investor Hill Gas & Oil LLC/Investor CECOM, LLC | | | X | |
| **James R. Glover 2000 Wilson Road White Hall, MD 21161** | | | | | | | | 0.00 |
| Account No. | | - | | Investor Colonial Tidewater Realty  Income Partners, LLC | | | X | |
| **James R. Glover, Trustee 2000 Wilson Road White Marsh, MD 21162** | | | | | | | | 225,000.00 |
| Account No. | | H | | Lawsuit against Colonial Elkhead Communications, LLC/notice only | | X | X | |
| **Jamie Lancaster 3212 East Joppa Road, Apt. B Parkville, MD 21234** | | | | | | | | 30,000.00 |
| Account No. | | - | | Notice only | | | | |
| **Jamie Lancaster c/o Thomas C. Costello, Esquire Costello Law Group 409 Washington Avenue Towson, MD 21204** | | | | | | | | 0.00 |

Sheet no. __22__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                Subtotal
        (Total of this page)       **255,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sherman Taft Hill**
_____,      Case No. _____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  <br><br>Jamie McGlaughlin <br>5517 Bonnie Brook Road <br>Cambridge, MD 21613 | - | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | X | 50,000.00 |
| Account No.  <br><br>Jean Brown <br>1115 Concordia Drive <br>Towson, MD 21286 | - | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | X | 55,766.00 |
| Account No.  <br><br>Jeff Jones <br>1467 N. Wanda Road, Suite 105 <br>Orange, CA 92867 | - | | | Investor Colonial Tidewater Realty Income Partners, LLC | X | | | 0.00 |
| Account No.  <br><br>Jennifer Jones Ramig <br>12472 McLeod St. <br>CA 92480 | - | | | Investor Colonial Tidewater Realty  Income Partners, LLC | | | X | 0.00 |
| Account No.  <br><br>Jerry & Cathy Collins <br>c/o F&L Broadcast Development Corp. <br>1257 Via Rafael <br>San Marcos, CA 92078 | - | | | Notice only/work performed for Colonial Elkhead Communications, LLC | | | X | 50,000.00 |

Sheet no. __23__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **155,766.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sherman Taft Hill**                                              ,        Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| Joan Petty 1300 Maywood Avenue Towson, MD 21204 | - | | | | | X | |
| | | | | | | | 100,000.00 |
| Account No. | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| JoAnn Honchar 4017 High Point Rd. Ellicott City, MD 21042 | - | | | | | X | |
| | | | | | | | 85,544.27 |
| Account No. | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| Joanne Jones 5770 Tipton Lane Paradise, CA 95969 | - | | | | | X | |
| | | | | | | | 90,000.00 |
| Account No. | | | Investor  Colonial Tidewater Realty Income Partners, LLC | | | | |
| Joanne R. Beck 3400 Baywood Drive Forest Hill, MD 21050 | - | | | | | X | |
| | | | | | | | 209,206.22 |
| Account No. | | | Receiver/Notice only/Miller v Hill & Glover Broadcasting, et al | | | | |
| John A. Beckstead c/o Bryan L. Norton Holland & Hart (UT) 222 S. Main Street, Suite 2200 Salt Lake City, UT 84101 | - | | | | | | |
| | | | | | | | 450,000.00 |

Sheet no. __24__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

934,750.49

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sherman Taft Hill**                                      ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice only | | | | |
| John Hancock Financial Services 197 Claredon Street Boston, MA 02116 | - | | | | | | 0.00 |
| Account No. | | | Investor Bloss Lease I joint venture | | | | |
| John M. Baer 1319 Dogleg Drive Locust Grove, VA 22508 | - | | | | | | 0.00 |
| Account No. | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| John Weller 101 Willow Avenue Towson, MD 21286 | - | | | | | X | 190,957.03 |
| Account No. | | | Notice only | | | | |
| Jon-Jorge Aras Spadea Lanard & Lignana 1315 Walnut St., Suite 1119 Philadelphia, PA 19107 | - | | | | | | 0.00 |
| Account No. | | | Investor Bloss Lease 1 Joint Venture | | | | |
| Joseph & Mildred Loetell, Jr. 13803 Sea Captain Road Ocean City, MD 21842 | - | | | | | X | 0.00 |

Sheet no. __25__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            190,957.03

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sherman Taft Hill**                                                  ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Joseph Kaplan <br> 2671 Colleen Lane <br> Dacula, GA 30019 | - | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | X | 64,002.79 |
| Account No. <br><br> Joseph Loetell, Jr. <br> 13803 Sea Captain Road <br> Ocean City, MD 21842 | - | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | 86,382.78 |
| Account No. <br><br> Joseph W. Loetell <br> 13803 Sea Captain Road <br> Ocean City, MD 21842 | - | | | Investor Colonial Tidewater Realty  Income Partners, LLC | | | X | 0.00 |
| Account No. <br><br> Juan T. Snyder <br> 1493 Heron Road <br> Pasadena, MD 21122 | - | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | X | 24,300.00 |
| Account No. <br><br> Judy K. Smith <br> 8310 Nunley Drive, Apt. F <br> Parkville, MD 21234 | - | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | X | 25,000.00 |

Sheet no. __26__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      199,685.57

B6F (Official Form 6F) (12/07) - Cont.

In re **Sherman Taft Hill** _____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice only | | | | |
| **Julie Glass c/o Thomas C. Costello, Esquire 409 Washington Avenue, Suite 410 Towson, MD 21204** | - | | | | | | 0.00 |
| Account No. | | | **Investor Colonial Elkhead Communications, LLC & Colonial Tidewater Realty Income Partners, LLC** | | | | |
| **Julie Glass 8444 Early Budd Way Laurel, MD 20723** | - | | | | | X | 200,000.00 |
| Account No. | | | **Investor Colonial Tidewater Realty Income Partners, LLC** | | | | |
| **K.W. Rantz 1718 Dun Swamp Road Pocomoke City, MD 21851** | - | | | | | X | 50,000.00 |
| Account No. | | | **Investor Colonial Tidewater Realty Income Partners, LLC** | | | | |
| **Karen Bishop 7669 Lindbergh Avenue Saint Louis, MO 63117** | - | | | | | X | 100,850.00 |
| Account No. | | | **Investor Colonial Tidewater Realty Income Partners, LLC** | | | | |
| **Karen Parsons 2309 Ridge Road Reisterstown, MD 21136** | - | | | | | X | 99,000.00 |

Sheet no. __27__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    449,850.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sherman Taft Hill**
_____,
Debtor

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice only/Miller v Hill & Glover Broadcasting, et al | | | | |
| Karnopp Peterson LLP c/o Jeffrey Scott Williams Nelson Christensen 68 S. Main Street, Suite 600 Salt Lake City, UT 84101 | - | | | | | | | 0.00 |
| Account No. | | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| Kathleen Ruth Hughes 512 Murray Drive Centralia, IL 62801 | - | | | | | | X | 71,279.74 |
| Account No. | | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| Kathy L. Dukes 2870 Pocock Road Monkton, MD 21111 | - | | | | | | X | 35,639.68 |
| Account No. | | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| Katrine Galey #802 Montgomery Village, MD 20886 | - | | | | | | X | 50,000.00 |
| Account No. | | | | Investor Colonial Elkhead Communications, LLC | | | | |
| Kay Trice 109 Somerset Avenue Cambridge, MD 21613 | - | | | | | | | 0.00 |

Sheet no. __28__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

156,919.42

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sherman Taft Hill**                                          ,            Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. | | | | Notice only | | | | |
| **Kay Trice c/o Thomas C. Costello, Esquire Costello Law Group 409 Washington Avenue Towson, MD 21204** | - | | | | | | | 0.00 |
| Account No. | | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| **Kenneth Blackburn 336 Creek Bend Drive Aledo, TX 76008** | - | | | | | | X | 71,677.50 |
| Account No. | | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| **Kevin F. Cavanaugh 6114 Twin Point Cove Road Cambridge, MD 21613** | - | | | | | | X | 50,000.00 |
| Account No. | | | | Investor Colonial Elkhead Communications, LLC | | | | |
| **Lamont Hadfield 1923 Curtis Avenue Salt Lake City, UT 84121** | - | | | | | | X | 25,000.00 |
| Account No. | | | | Notice only | | | | |
| **Lanny Heffner c/o Thomas C. Costello, Esquire Costello Law Group 409 Washington Avenue Towson, MD 21204** | - | | | | | | | 0.00 |

Sheet no. __29__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            146,677.50

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sherman Taft Hill**                                            ,        Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**Lanny R. Heffner<br>100 Peninsula Drive<br>Laurens, SC 29360** | - | | | | **Investor Colonial Tidewater Realty Income Partners, LLC/Investor Colonial Elkhead Communications, LLC** | | | X | |
| | | | | | | | | | 117,410.00 |
| Account No.<br><br>**Laverne Snyder<br>1493 Heron Road<br>Pasadena, MD 21122** | - | | | | **Investor Colonial Tidewater Realty Income Partners, LLC** | | | X | |
| | | | | | | | | | 0.00 |
| Account No.<br><br>**Lerman Senter PLLC<br>c/o Anthony C, Kaye<br>Ballard Spahr LLP (UT)<br>201 S. Main Street, Ste 800<br>Salt Lake City, UT 84111** | - | | | | **Legal fees/Notice only/Miller v Hill & Glover Broadcasting, et al** | | | | |
| | | | | | | | | | 0.00 |
| Account No.<br><br>**Linda Almond<br>243 Lodestone Court<br>Westminster, MD 21158** | - | | | | **Investor Colonial Tidewater Realty Income Partners, LLC** | | | X | |
| | | | | | | | | | 431,502.47 |
| Account No.<br><br>**Linda H. Wilson<br>311 Donald Circle<br>Forest Hill, MD 21050** | - | | | | **Investor Colonial Tidewater Realty Income Partners, LLC** | | | X | |
| | | | | | | | | | 49,500.00 |

Sheet no. __30__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

598,412.47

B6F (Official Form 6F) (12/07) - Cont.

In re __Sherman Taft Hill__ ,                    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Linda J. Bridges, Jr. Trustee 13821 Baldwin Mill Road Baldwin, MD 21013 | - | | Investor Colonial Tidewater Realty Income Partners, LLC | | | X | 160,877.87 |
| Account No. Lisa A. Garrison 4628 Forge Acre Drive Perry Hall, MD 21128 | - | | Investor Colonial Tidewater Realty Income Partners, LLC | | | X | 163,326.81 |
| Account No. Liza B. St. Luke 615 Windermere Avenue Asbury Park, NJ 07712 | - | | Investor Colonial Tidewater Realty Income Partners, LLC | | | X | 100,000.00 |
| Account No. Margaret Kelly 1026 N. Marlyn Avenue Essex, MD 21221 | - | | Investor Colonial Tidewater Realty Income Partners, LLC | | | X | 115,373.86 |
| Account No. Margery M. Lowens 718 South Main Avenue Scranton, PA 18504 | - | | Investor Colonial Tidewater Realty Income Partners, LLC | | | X | 200,000.00 |

Sheet no. __31__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                739,578.54

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sherman Taft Hill**                                      ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Marguerite Herman<br>100 McCormick Avenue<br>Baltimore, MD 21206 | - | | Investor Colonial Tidewater Realty Income Partners, LLC | | | X | 70,000.00 |
| Account No.<br><br>Mark L. Roseburg, Esquire<br>7315 Wisconsin Avenue<br>Suite 800 West<br>Bethesda, MD 20814 | - | | Notice | | | X | 0.00 |
| Account No.<br><br>Mark Nowicki, Trustee<br>17 Ashmill Circle<br>Nottingham, MD 21236 | - | | Investor Bloss Lease 1 Joint Venture/Investor Colonial Tidewater Realty Income Partners, LLC | | | X | 50,000.00 |
| Account No.<br><br>Martha Bergmann<br>4446 Nob Hill Lane<br>Freeland, WA 98249 | - | | Investor in Colonial Tidewater Realty Income Partners, LLC | | | X | 50,000.00 |
| Account No.<br><br>Mary  Bromwell<br>5011 Riippling Rd.<br>Cambridge, MD 21613 | - | | Investor Colonial Tidewater Realty Income Partners, LLC/Investor Colonial Elkhead Communications, LLC | | | | 22,000.00 |

Sheet no. __32__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

192,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sherman Taft Hill** _____ ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Investor Colonial Elkhead Communications, LLC | | | | |
| Mary Ellen Mead 427 Hopkins Road Baltimore, MD 21212 | | - | | | | | | X | |
| | | | | | | | | | 30,000.00 |
| Account No. | | | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| Mary Jones 109 Somerset Avenue Cambridge, MD 21613 | | - | | | | | | X | |
| | | | | | | | | | 102,000.00 |
| Account No. | | | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| Mary Jude Burke 1349 Emory Church Road Upperco, MD 21155 | | - | | | | | | X | |
| | | | | | | | | | 300,000.00 |
| Account No. | | | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| Mary M. Peach PO Box 4060 Ocean City, MD 21843 | | - | | | | | | X | |
| | | | | | | | | | 75,000.00 |
| Account No. | | | | | Investor Colonial Elkhead Communications, LLC | | | | |
| Mary N. Bromwell 5011 Rippling Road Cambridge, MD 21613 | | - | | | | | | X | |
| | | | | | | | | | 69,171.00 |

Sheet no. __33__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    576,171.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sherman Taft Hill**                                                   ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Mary T. Rimback<br>839 Powers Street<br>Baltimore, MD 21211 | - | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | X | 25,000.00 |
| Account No.<br><br>Maureen Glinowicki<br>5700 Williams Road<br>Hydes, MD 21082 | - | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | X | 22,971.25 |
| Account No.<br><br>Miriam Paulis Hardy<br>c/o Erin Gursky<br>3 Baratra Court #204<br>Lutherville Timonium, MD 21093 | - | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | X | 274,866.37 |
| Account No.<br><br>Moreland Associates, LLC<br>A Colorado Limited Liability Company<br>18923 HWY 65<br>Cedaredge, CO 81413 | - | | | Owner of mobile home park in West Virginia | X | X | X | 0.00 |
| Account No.<br><br>Nancy Woodring<br>Ridge Road<br>Suite 103<br>Perryville, MD 21903 | - | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | X | 837,975.02 |

| | | |
|---|---|---|
| Sheet no. __34__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 1,160,812.64 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sherman Taft Hill**
_____ ,      Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxx3744** | | | | Insurance | | | | |
| **Nationwide Mutual Insurance Co.** **PO Box 96040** **Charlotte, NC 28296** | | H | | | | | | 487.00 |
| Account No. | | | | Notice only | | | | |
| **NBRS Financial Bank** **c/o David S. Musgrave, Esquire** **Gordon Feinblatt LLC** **233 E. Redwood Street** **Baltimore, MD 21202** | | - | | | | | | 0.00 |
| Account No. | | | | Notice only | | | | |
| **New England Securities  Corp.** **1095 Avenue of the Americas** **351 West Camden St.** **Baltimore, MD 21201** | | - | | | | | | 0.00 |
| Account No. | | | | Notice only | | | | |
| **New England Securities Corp** **c/o Penelope M. Taylor, Esquire** **McCarter & English, LLP** **100 Mulberry Street, Four Gateway Ctr.** **Newark, NJ 07102** | | - | | | | | | 0.00 |
| Account No. | | | | Investor Colonial Elkhead Communications, LLC/Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| **Norma C. Terry** **One E. Chase St., #705** **Baltimore, MD 21202** | | - | | | | | X | 184,362.00 |

Sheet no. __35__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

184,849.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sherman Taft Hill** _____,   Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Investor Colonial Tidewater Realty  Income Partners, LLC | | | | |
| Olaf Snyder 1656 Probart St. Brevard, NC 28712 | | - | | | | | X | |
| | | | | | | | | 95,043.49 |
| Account No. | | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| Patricia E.G. Bucher 640 Kreamer Avenue Lewisburg, PA 17837 | | - | | | | | X | |
| | | | | | | | | 68,834.35 |
| Account No. | | | | Notice only | | | | |
| Phillip Ansell c/o Thomas C. Costello Costello Law Group 409 Washington Avenue, Suite 410 Towson, MD 21204 | | - | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Investor Colonial Tidewater Income Partners, LLC | | | | |
| Phillip J. Ansell 1121 Wiseburg Road White Hall, MD 21161 | | - | | | | | X | |
| | | | | | | | | 101,601.79 |
| Account No. | | | | Managing Partner  - Bloss Lease 1 Joint Venture | | | | |
| Plants & Goodwin, Inc. 1034 Route 44 Shinglehouse, PA 16748 | | - | | | | | X | |
| | | | | | | | | 0.00 |

Sheet no. __36__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

265,479.63

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sherman Taft Hill**                                                                  ,        Case No. _____
                                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Plants & Goodwin, Inc.**<br>**1034 Rt. 44**<br>**Shinglehouse, PA 16748** | - | | **Hill Gas & Oil LLC partnership with Plants & Goodwin, Inc.** | | | X | <br><br><br><br>0.00 |
| Account No.<br><br>**Rachel Geisz**<br>**4025 Forest Valley Road**<br>**Parkville, MD 21234** | - | | **Investor Colonial Tidewater Realty Income Partners, LLC.** | | | X | <br><br><br>0.00 |
| Account No.<br><br>**Rachel Geisz**<br>**c/o Thomas C. Costello**<br>**Costello Law Group**<br>**409 Washington Avenue, Suite 410**<br>**Towson, MD 21204** | - | | **Notice only** | | | X | <br><br><br>0.00 |
| Account No.<br><br>**Ray Ericson**<br>**Apt 1113**<br>**South Jordan, UT 84095** | - | | **Investor Colonial Tidewater Realty Income Partners, LLC** | | | X | <br><br><br>96,645.41 |
| Account No.<br><br>**Raymond & Brenda Druen**<br>**420 Logger Drive**<br>**Gore, VA 22637** | - | | **Note  - 7/16/12** | | | | <br><br><br>50,000.00 |

Sheet no. __37__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 146,645.41 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re __Sherman Taft Hill_____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investor Bloss Lease 1 Joint Venture/Investor Colonial Tidwater Realty Income Partners, LLC | | | | |
| Raymond & Brenda Druen 420 Logger Drive Gore, VA 22637 | - | | | | | X | |
| | | | | | | | 38,250.00 |
| Account No. | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| Raymond Druen 420 Logger Drive Gore, VA 22637 | - | | | | | X | |
| | | | | | | | 0.00 |
| Account No. | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| Re'nee Butler PO Box 665 140 W. 200 N Santaquin, UT 84655 | - | | | | | X | |
| | | | | | | | 110,000.00 |
| Account No. | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| Regina Terrana 11891 Easy Way Garden Grove, CA 92840 | - | | | | | X | |
| | | | | | | | 0.00 |
| Account No. | | | Notice only | | | | |
| Robert Nagle c/o Thomas C. Costello, Esquire Costello Law Group 409 Washington Avenue Towson, MD 21204 | - | | | | | | |
| | | | | | | | 0.00 |

Sheet no. __38__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

148,250.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sherman Taft Hill**                                          ,      Case No. _____
                                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Robert Nagle**<br>**3228 Fallston Road**<br>**Fallston, MD 21047** | - | | | **Investor Colonial Tidewater Realty Income Partners, LLC** | | | X | 100,000.00 |
| Account No.<br><br>**Robert S. Miller**<br>**2450 Rocky Way**<br>**Coupeville, WA 98239** | - | | | **Investor Colonial Tidewater Realty Income Partners, LLC** | | | X | 75,000.00 |
| Account No.<br><br>**Roland H. Huebner**<br>**6202 Marluth Avenue**<br>**Baltimore, MD 21206** | - | | | **Investor Colonial Tidewater Realty Income Partners, LLC** | | | X | 50,705.70 |
| Account No.<br><br>**Rosalie Clark**<br>**8112  Candle Lane**<br>**Rosedale, MD 21237** | - | | | **Investor Colonial Tidewater Realty Income Partners, LLC** | | | X | 200,000.00 |
| Account No.<br><br>**Rosann Nagle**<br>**3228 Fallston Road**<br>**Fallston, MD 21047** | - | | | **Investor Colonial Elkhead Communications, LLC** | | | X | 0.00 |

Sheet no. __**39**__ of __**47**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      | 425,705.70

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re __**Sherman Taft Hill**_____,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice only | | | | |
| Rosann Nagle c/o Thomas C. Costello, Esquire Costello Law Group 409 Washington Avenue Towson, MD 21204 | | - | | | | X | 0.00 |
| Account No. | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| Roy F. Choat, Jr. Turnbull Choate 59 Cheyene Drive Nashua, NH 03063 | | - | | | | X | 440,511.00 |
| Account No. | | | Investor Colonial Elkhead Communications, LLC | | | | |
| Rudolph Rawl 11714 Mohr Road Kingsville, MD 21087 | | - | | | | X | 0.00 |
| Account No. | | | Notice only | | | | |
| Rudolph Rawl c/o Thomas C. Costello, Esquire Costello Law Group 409 Washington Avenue Towson, MD 21204 | | - | | | | X | 0.00 |
| Account No. | | | Investor Colonial Elkhead Communications, LLC | | | | |
| Sarah L. Loetell 3501 Northwind Road Parkville, MD 21234 | | - | | | | X | 0.00 |

Sheet no. __**40**__ of __**47**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    440,511.00

B6F (Official Form 6F) (12/07) - Cont.

In re __**Sherman Taft Hill**_____,        Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice only | | | | |
| Sarah L. Loetell c/o Thomas C. Costello, Esquire Costello Law Group 409 Washington Avenue Towson, MD 21204 | - | | | | | | X | 0.00 |
| Account No. | | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| Sarah W. Ensor 3631 Southside Avenue Phoenix, MD 21131 | - | | | | | | X | 266,909.69 |
| Account No. | | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| Scott & Jo Vratarich 1716 Gemini Drive Sykesville, MD 21784 | - | | | | | | X | 25,000.00 |
| Account No. | | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| Sharon Tomko 411 Essexwood Court Essex, MD 21221 | - | | | | | | X | 145,000.00 |
| Account No. | | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| Sigma Alpha Iota One Tunnell Road Asheville, NC 28805 | - | | | | | | X | 100,000.00 |

Sheet no. __41__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **536,909.69**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sherman Taft Hill**                                           , Case No. _____
_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| Sigma Alpha Iota Johnson Philandthropies, Inc. One Tunnel Road Asheville, NC 28805 | - | | | | | | X | 200,000.00 |
| Account No. | | | | Notice only | | | | |
| Signator Investors Inc 197 Claredon Street Boston, MA 02116 | - | | | | X | X | X | 0.00 |
| Account No. | | | | Notice only | | | | |
| Signator Investors Inc. c/o Joshua R. Treen Brown, Goldstein & Levy 120 East Balto. St., Suite 1700 Baltimore, MD 21202 | - | | | | | | X | 0.00 |
| Account No. | | | | Notice only | | | | |
| Signator Investors Inc. c/o John Wells, Esquire Michaels, Ward & Rabinoviz, LLP One Beacon St, 2nd Floor Boston, MA 02108 | - | | | | | | X | 0.00 |
| Account No. | | | | Notice only | | | | |
| Stephanie Davis c/o Thomas C. Costello, Esquire Costello Law Group 409 Washington Avenue, Suite 410 Towson, MD 21204 | - | | | | | | X | 0.00 |

Sheet no. __42__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

200,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Sherman Taft Hill__ ,                              Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Investor Colonial Tidewater Realty Income Partners, LLC/Investor Colonial Elkhead Communications, LLC | | | | |
| Stephanie E. Davis 413 Grasmere Drive Aberdeen, MD 21001 | - | | | | | | X | |
| | | | | | | | | 50,000.00 |
| Account No. | | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | | |
| Steve Hamilton 7808 Oakdale Avenue Parkville, MD 21234 | - | | | | | | X | |
| | | | | | | | | 66,821.31 |
| Account No. | | | | Hill Gas & Oil LLC | | | | |
| Steve Plants 1034 Route 44 Shinglehouse, PA 16748 | - | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Managing partner Bloss Lease 1 Joint Venture | | | | |
| Steve Plants 1034 Route 44 Shinglehouse, PA 16748 | - | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Mortgage signed personally Moreland Associates, LLC | | | | |
| Summit Community Bank Attn: Jason HIcks 310 North Main Street Moorefield, WV 26836 | - | | | | | | X | |
| | | | | | | | | 0.00 |

Sheet no. __43__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                116,821.31

B6F (Official Form 6F) (12/07) - Cont.

In re __**Sherman Taft Hill**_____,    Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**SWCA**<br>**c/o Anthony C. Kaye**<br>**Ballard Spahr LLP**<br>**201 S. Main Street, Ste. 800**<br>**Salt Lake City, UT 84111** | - | | **Notice only/Miller v Hill & Glover Broadcasting, et al** | | | X | 0.00 |
| Account No.<br><br>**Thelma Asare**<br>**325 Hedgepocker Way**<br>**Reisterstown, MD 21136** | - | | **Investor in Colonial Tidewater Realty Income Partners, LLC** | | | X | 151,500.00 |
| Account No.<br><br>**Thomas Kemp**<br>**c/o Thomas C. Costello, Esquire**<br>**Costello Law Group**<br>**409 Washington Avenue**<br>**Towson, MD 21204** | - | | **Notice only** | | | | 0.00 |
| Account No.<br><br>**Thomas Kemp**<br>**10020 Dolfield Road**<br>**Owings Mills, MD 21117** | - | | **Attorney suing Hill and Colonial Tidewater Realty Income Partners, LLC** | | | X | 0.00 |
| Account No.<br><br>**Vincent Gargiulo**<br>**12928 Community Road**<br>**Middle River, MD 21220** | - | | **Investor Colonial Elkhead Communications, LLC** | | | X | 22,500.00 |

Sheet no. __**44**__ of __**47**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

174,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sherman Taft Hill**                                        ,        Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | - | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | X | |
| Warren L. Heffner 3820 Arquint Road Vernon Center, NY 13477 | | | | | | | | 117,410.00 |
| Account No. **x9210** | | H | | Accounting services | | | | |
| Weyrich, Cronin & Sorra 1301 York Road, Suite 800 Lutherville Timonium, MD 21093 | | | | | | | | 1,700.00 |
| Account No. | - | | | Investor Colonial Tidewater Realty Income Partners, LLC | | | X | |
| William E. Moore 10 Coronet Drive Linthicum Heights, MD 21090 | | | | | | | | 0.00 |
| Account No. | - | | | Investor Colonial Elkhead Communications LLC | | | | |
| William Kruse 1317 Spring Avenue Rosedale, MD 21237 | | | | | | | | 0.00 |
| Account No. | - | | | Notice only | | | | |
| William Kruse c/o Thomas C. Costello, Esquire Costello Law Group 409 Washington Avenue Towson, MD 21204 | | | | | | | | 0.00 |

Sheet no. __45__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

119,110.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Sherman Taft Hill** _____,  Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **William Latleif** c/o Thomas C. Costello, Esquire Costello Law Group 409 Washington Avenue Towson, MD 21204 | | - | | Notice only | | | | 0.00 |
| Account No. **William M. Latleif** PO Box 226 Spring Hill, TN 37174 | | - | | Investor Colonial Tidewater Income Partners, LLC | | | X | 50,000.00 |
| Account No. **William Moore** | | - | | Investor Colonial Tidewater Realty Income Partners, Inc. | | | X | 250,000.00 |
| Account No. **William Todd** 194 Choptank Terrace Cambridge, MD 21613 | | - | | Investor Colonial Elkhead Communications, LLC | | | | 0.00 |
| Account No. **William Todd** c/o Thomas C. Costello, Esquire Costello Law Group 409 Washington Avenue Towson, MD 21204 | | - | | Notice only | | | | 0.00 |

Sheet no. __46__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **300,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Sherman Taft Hill__ , Case No. _____
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Woodlands Bank**<br>**2450 East Third Street**<br>**Williamsport, PA 17701** | | H | **Personal guarantee by debtor** | | | | **1.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __47__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1.00**

Total (Report on Summary of Schedules) **17,584,894.35**

B6G (Official Form 6G) (12/07)

.

In re __Sherman Taft Hill_____,     Case No. _____
                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

__0__ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Sherman Taft Hill**

Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Fill in this information to identify your case:

Debtor 1 **Sherman Taft Hill**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter
13 income as of the following date:
‾‾‾‾‾‾‾‾‾‾‾‾‾‾
MM / DD/ YYYY

## Official Form B 6I
# Schedule I: Your Income                                      12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for
supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your
spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed,
attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1.  **Fill in your employment information.**

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ■ Employed<br>☐ Not employed | ☐ Employed<br>■ Not employed |
| | **Occupation** | **Manager** | **Retired** |
| Include part-time, seasonal, or self-employed work. | **Employer's name** | **Colonial Tidewater Realty Income Partner** | |
| Occupation may include student or homemaker, if it applies. | **Employer's address** | **PO Box 44348 Nottingham, MD 21236** | |
| | **How long employed there?** | **10 years** | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing
spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need
more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ **2,861.00** | $ **0.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross Income.**  Add line 2 + line 3. | 4. | $ **2,861.00** | $ **0.00** |

Debtor 1    **Sherman Taft Hill**                                                    Case number (*if known*) _____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ............................................... | 4. | $ **2,861.00** | $ **0.00** |

**5.** **List all payroll deductions:**

|  |  |  |  |
|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ **0.00** | $ **0.00** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **0.00** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **0.00** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **0.00** |
| 5e. | **Insurance** | 5e. | $ **0.00** | $ **0.00** |
| 5f. | **Domestic support obligations** | 5f. | $ **0.00** | $ **0.00** |
| 5g. | **Union dues** | 5g. | $ **0.00** | $ **0.00** |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $ **0.00** + | $ **0.00** |

**6.** **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ **0.00**    $ **0.00**

**7.** **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ **2,861.00**    $ **0.00**

**8.** **List all other income regularly received:**

8a.    **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    $ **0.00**    $ **0.00**

8b.    **Interest and dividends**    8b.    $ **0.00**    $ **0.00**

8c.    **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.    $ **0.00**    $ **0.00**

8d.    **Unemployment compensation**    8d.    $ **0.00**    $ **0.00**

8e.    **Social Security**    8e.    $ **0.00**    $ **0.00**

8f.    **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____    8f.    $ **0.00**    $ **0.00**

8g.    **Pension or retirement income**    8g.    $ **0.00**    $ **0.00**

8h.    **Other monthly income.** Specify: _____    8h.+    $ **0.00** +    $ **0.00**

**9.** **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ **0.00**    $ **0.00**

**10.** **Calculate monthly income.** Add line 7 + line 9.    10.    $ **2,861.00** + $ **0.00** = $ **2,861.00**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.** **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____    11.    +$ **0.00**

**12.** **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12.    $ **2,861.00**

**Combined monthly income**

**13.** **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain:    **Debtor's wife retired as of December 31, 2014.**

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Sherman Taft Hill** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?** ■ No

   Do not list Debtor 1 and Debtor 2.    ☐ Yes. Fill out this information for each dependent...............

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | | | Your expenses |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 1,136.19 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 200.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

Debtor 1    **Sherman Taft Hill**                                      Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 200.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 50.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 100.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 750.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 150.00 |
| 10. | **Personal care products and services** | | 10. $ | 200.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 250.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 250.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 250.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 500.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 251.00 |
| | 15b. | Health insurance | 15b. $ | 1,000.00 |
| | 15c. | Vehicle insurance | 15c. $ | 0.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 6I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: __**Newspaper, books and magazines**__ | | 21. +$ | 100.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | | 22. $ | 5,387.19 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 2,861.00 |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ | 5,387.19 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | -2,526.19 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
   For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ☑ No.
   ☐ Yes.
   Explain: _____

**Schedule J: Your Expenses**

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### District of Maryland

In re    **Sherman Taft Hill**           Case No. _____

                            Debtor(s)      Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **65**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **March 30, 2015** _____       Signature    **/s/ Sherman Taft Hill** _____

                                                  **Sherman Taft Hill**

                                                  Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## District of Maryland

In re   **Sherman Taft Hill**                                          Case No. _____

_____                                Chapter   **7**
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $8,930.00 | 2015 YTD: Husband Colonial Tidewater Realty |
| $28,609.97 | 2014: Husband Colonial Tidewater Realty |
| $45,448.00 | 2013: Husband Colonial Tidewater Realty |
| $1.00 | 2015 YTD: Wife Under Armour |
| $102,725.00 | 2014: Wife Under Armour |
| $124,909.00 | 2013: Wife Under Armour |

B7 (Official Form 7) (04/13)
2

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

---

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| See answer | The debtor reserves the right to supplement this answer.  The applicable business entities are largely beyond the control of the Debtor.  Payments have been made in some instances.  As is necessary and requested the debtor will update this answer. | $0.00 | $0.00 |

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

---

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **NBRS Financial Bank vs Catalyst Group Partnership, et al, Case No. 03C14005200** | **Confessed Judgment** | **Circuit Court for Baltimore County** | **Pending** |
| **Jamie Lancaster vs Sherman T. Hill, Case No. 03C14012682** | **Tort** | **Circuit Court for Baltimore County** | **Open/Active** |
| **Beckstead (now Miller), Receiver v. Hill & Glover Broadcasting & Sherman T. Hill, et all, Case No. 2:13-cv-00139-BSJ** | **Fradulent transfers** | **United States District Court, District of Utah, Central Division** | **Open/active** |
| **Kemp v. CTRIP & Sherman Hill, et al, Case No. 03-3-13-012899 OT** | **Tort** | **Baltimore County Circuit Court** | **Open/Active** |
| **Ansell, et al vs Signator Investors Inc., et al, Case No. 03-C-13012897** | **Tort** | **Baltimore County Circuit Court** | **Open/Active** |
| **Cavanaugh vs Colonial Tidwater Realty Income Partners, LLC, case no. 03-C-1300604** | **Civil** | **Baltimore County Circuit Court** | **Closed/Inactive** |
| **Bromwell vs Signator Investors, Inc., et al, case number 09-C-13-20986** | **Tort** | **Circuit Court Dorchester County, MD** | **Open/Active** |
| **Catalyst Group Limited Partnership, et al vs. Colonial Tidewater Realty Income Partners, LLC, case no. 03-C-14005200** | **Confessed Judgment** | **Baltimore County Circuit Court** | **Reopened/active** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

---

B7 (Official Form 7) (04/13)
4

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7.  Gifts**

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8.  Losses**

None
■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9.  Payments related to debt counseling or bankruptcy**

None
☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Wilbur W. Bolton**<br>**102 S. Parke Street**<br>**Aberdeen, MD 21001**<br><br>**Consumer Credit Counseling** | | |

**10.  Other transfers**

None
■
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■
b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

B7 (Official Form 7) (04/13)
5

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**Christine A. Greer - 1978 to 1993**
**Fran Hill - 2003 to present**

B7 (Official Form 7) (04/13)

6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)
7

| NAME<br>**see below** | LAST FOUR DIGITS OF<br>SOCIAL-SECURITY OR<br>OTHER INDIVIDUAL<br>TAXPAYER-I.D. NO.<br>(ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND<br>ENDING DATES |
|---|---|---|---|---|
| | | | **The debtor as an individual has been the managing partner or held other formal positions with many different business entities as reflected in Schedule B.  The debtor reserves the right to supplement this answer as necessary.** | |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                   ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                                 DATES SERVICES RENDERED
**Weyrich, Cronin & Sorra Chartered**
**1301 York Road, Suite 800**
**Lutherville Timonium, MD 21093**

None
☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                              DATES SERVICES RENDERED
**Weyrich, Cronin & Sorra**
**Chartered**

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                         ADDRESS
**Weyrich, Cronin & Sorra Chartered**

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)
8

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

B7 (Official Form 7) (04/13)
9

**25. Pension Funds.**

None    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
■       employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**


I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct.


Date  **March 30, 2015**                    Signature    **/s/ Sherman Taft Hill**
                                                          **Sherman Taft Hill**
                                                          Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the

Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### District of Maryland

In re    **Sherman Taft Hill** _____          Case No. _____
                                    Debtor(s)          Chapter    **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Sherman Taft Hill** _____          X  **/s/ Sherman Taft Hill** _____          **March 30, 2015**
Printed Name(s) of Debtor(s)                          Signature of Debtor                          Date

Case No. (if known) _____          X  _____
                                                        Signature of Joint Debtor (if any)          Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
### District of Maryland

In re   **Sherman Taft Hill** _____   Case No. _____

                                        Debtor(s)          Chapter   **7** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **March 30, 2015** _____   **/s/ Sherman Taft Hill** _____

                                        **Sherman Taft Hill**
                                        Signature of Debtor

Adam H. Weber, Jr.
13821 Baldwin Mill Road
Baldwin, MD 21013


Adam Weber, Jr.
c/o Thomas C. Costello, Esquire
Costello Law Group
409 Washington Avenue
Towson, MD 21204


Allan Fenselau
19 Hickory Meadows Road
Cockeysville, MD 21030


Allen Sullender Family Trust
15805 York Road
Sparks Glencoe, MD 21152


Allene O. Sullender, Trustee
15805 York Road
Sparks Glencoe, MD 21152


Allene Sullender
15805 York Road
Sparks Glencoe, MD 21152


American Express Goldcard
PO Box 1270
Newark, NJ 07101


Andre Morris & Buttery
1102 Laurel Lane
PO Box 730
San Luis Obispo, CA 93406-0730


Anna Marie Sohn
1207 Mountain Road
Joppa, MD 21085

Arthur Todd
104 Choptank Terrace
Cambridge, MD 21613


Bank of America
PO Box 15019
Wilmington, DE 19886


Bank of America
PO Box 15019
Wilmington, DE 19886


Barbara A. Clark
4453 Carroll Manor Road
Baldwin, MD 21013


Barbara A. Solomon
2302 Weathervane Road
Parkville, MD 21234


Barbara Bergmann
4446 Nob Hill Lane
Freeland, WA 98249


Barbara Bergnann
c/o Thomas C. Costello, Esquire
Costello Law Group
409 Washington Avenue
Towson, MD 21204


Barbara Oshman
19 Hickory Meadow Road
Cockeysville, MD 21030


Barrett and Phyllis Miller
719 Windover Drive
Brevard, NC 28712

Bashlor Properties
c/o Anthony C, Kayte
Ballard Spahr LLP
201 S. Main Street, Ste 800
Salt Lake City, UT 84111


Bonnie L. Skane
7233 Bridgewood Drive
Baltimore, MD 21224


Brian Richardson
c/o Thomas C. Costello, Esquire
Costello Law Group
409 Washington Avenue
Towson, MD 21204


Brian Richardson
6326 Knellwood Drive
Frederick, MD 21701


Brian Washburn
17521 Troyer Road
Monkton, MD 21111


Bromwell Family LLC
5011 Rippling Road
Cambridge, MD 21613


Bruce Morris
4446 Nob Hill Lane
Freeland, WA 98249


Bureau of Revenue Collections
200 Holliday Street
Baltimore, MD 21202


Bureau of Revenue Collections
200 Holliday Street
Baltimore, MD 21202

C. Everett Latleif, Jr.
1006 Joyce Drive
Crownsville, MD 21032


Calvin Jensen
710 E. 100 S
Hyde Park, UT 84318


Carol A. Bogash
2515 Boston Street #1208
Baltimore, MD 21224


Carol Lynn Morris
20 East High Street
Lebanon, PA 17042


Catherine England
10703 Cardington Way, Apt. T4
Cockeysville, MD 21030


Charles W. Baer
709 Leeds Drive
Evans, GA 30809


Christine R. Gray
2720 N. Calvert Street
Baltimore, MD 21218


Colonial Tidewater
PO Box 44348
Nottingham, MD 21236


Concetta & Steve Hamilton

Crystal M. Bromwell
5011 Rippling Road
Cambridge, MD 21613


Dackman & Heyman, LLC
2221 Maryland Avenue
Baltimore, MD 21218


Dale Cannella
2808 Cub Hill Road
Parkville, MD 21234


Daniel H. & June Young
13213 Manor Road
Glen Arm, MD 21057


David & Sarah Loetell
3501 Northwind Road
Parkville, MD 21234


David H. Loetell
c/o Thomas C. Costello, Esquire
Costello Law Group
409 Washington Avenue
Towson, MD 21204


David Loetell
3501 Northwind Road
Parkville, MD 21234


David Reynolds
18923 Hwy 65
Cedaredge, CO 81413


Dean Sullender
64 Bayberry Road
Concord, MA 01742

Deborah J. Nash
1656 Probart Street
Brevard, NC 28712


Della Baker
1020 Santa Margarita Drive
Fallbrook, CA 92028


Dennis A. Guerieri
5 Challenger Court
Parkville, MD 21234


Diana Lynn Bennett
18939 Rosewood Drive
Stewartstown, PA 17363


Diane Klukosky
9691 Spratley Avenue
Laurel, MD 20723


Diane Klukosky
c/o Thomas C. Costello, Esquire
Costello Law Group
409 Washington Avenue
Towson, MD 21204


Donald W. Johnson
2905 Spring Canyon Road
Santa Ynez, CA 93460


Donald Wessell
3830 Taylor Avenue
Nottingham, MD 21236


Donald Wessell
c/o Thomas C. Costello, Esquire
Costello Law Group
409 Washington Avenue
Towson, MD 21204

Doreen B. Blank
1020 Santa Margarita Drive
Fallbrook, CA 92028


Dorothy Slokan
8405 Oakleigh Road
Parkville, MD 21234


Dr. Julia Glass
802 Kenbrook Drive
Silver Spring, MD 20902


Durham, Jones & Pinegar, P.C.
3301 North Thanksgiving Way,Suite 400
Lehi, UT 84043


Earl Myers
11240 Philadelphia Road
White Marsh, MD 21162


Earl Snyder
100 McCormick Avenue
Baltimore, MD 21206


Edith de Russy
315 Hopkins Road
Baltimore, MD 21212


Edith deRussy
315 Hopkins Road
Baltimore, MD 21212


Edna Bradford
c/o Barbara Clark
4453 Carroll Manor Road
Baldwin, MD 21013

Edward A. Blank
1020 Santa Margarita Drive
Fallbrook, CA 92028


Edward McBride
4302 East Joppa Road
Nottingham, MD 21236


Edward McBride
c/o Thomas C. Costello, Esquire
Costello Law Group
409 Washington Avenue
Towson, MD 21204


Eleanore & William Kruse
1317 Spring Avenue
Rosedale, MD 21237


Eleanore P. Ripperger
2719 Waldor Drive
Parkville, MD 21234


Elizabeth A. Bromwell
5011 Rippling Road
Cambridge, MD 21613


Elizabeth A. Rouchka
c/o Vickie Meil
6001 NE Poplar Drive
Kansas City, MO 64118


Elizabeth Maskell
4 Kathsway Court
Parkville, MD 21234


Ella Rawl
11714 Mohr Road
Kingsville, MD 21087

Ethna McBride
4302 East Joppa Road
Nottingham, MD 21236


Ethna McBride
c/o Thomas C. Costello, Esquire
Costello Law Group
409 Washington Avenue
Towson, MD 21204


Ethna McBride
4302 East Joppa Road
Nottingham, MD 21236


Everett Katleif
c/o Thomas C. Costello, Esquire
Costello Law Group
409 Washington Avenue
Towson, MD 21204


Everett Latleif
1006 Joyce Drive
Crownsville, MD 21032


F&L Broadcast Development
c/o Dorsey & Whiteney (UT)
136 S. Main Street, Ste 1000
Salt Lake City, UT 84101


F&L Broadcast Development Corporation
1257 Via Rafael
San Marcos, CA 92078


F. Keen Blaker
7801 York Road, Suite 124
Towson, MD 21204

Five Star Bank
55 North Main Street
PO Box 150
Warsaw, NY 14569


Fletcher Heald & Hildreth
c/o Anthony C. Kaye
Ballard Spahr LLP
201 S. Main Street, Suite 800
Salt Lake City, UT 84111


Francine Sullender
15805 York Road
Sparks Glencoe, MD 21152


Francine Sullender
15805 York Road
Sparks Glencoe, MD 21152


Frank Gargiulo
12928 Community Road
Middle River, MD 21220


Frank Klukosky
9691 Spratley Avenue
Laurel, MD 20723


Gary D. Frederick
55 South Kukui Street
Apt. 1314
Honolulu, HI 96813


Gary Frederick
55 South Kukui Street
Apt. 1314
Honolulu, HI 96813

Gil A.Miller
c/o Cory A Talbot
Holland & Hart (UT)
222 S. Main Street, Ste. 2200
Salt Lake City, UT 84101


Gloria W. Bledsoe
4025 Forest Valley Road
Parkville, MD 21234


Gregory J. Honchar
12913 Gent Road
Reisterstown, MD 21136


Harford County Maryland
220 S. Main Street
Bel Air, MD 21014


Harold E. Bloss
75 Crestview Drive
Lebanon, PA 17042


Harry E. Russell
11845 Long Green Pike
Glen Arm, MD 21057


Haru Chang
4 Briarwood Farm Court
Reisterstown, MD 21136


Hazel Graham
749 South 200 West
Orem, UT 84058


Heather Russo
1 Collins Court
Lutherville Timonium, MD 21093

Herndon & Mary Peach
PO Box 4060
Ocean City, MD 21843


Howard Bank a/k/a NBRS
6 Pearl Street
PO Box 370
Rising Sun, MD 21911


Howard Bank a/k/a/ NBRS
6 Pearl Street
PO Box 370
Rising Sun, MD 21911


Howard Bank/aka NBRS Financial Bank
6 Pearl Street
Rising Sun, MD 21911


Hunter, Maclean Exley & Dunn
c/o Jeffrey Scott Williams
Hollingworth & Williams
68 S. Main Street, Ste. 600
Salt Lake City, UT 84101


Insco Insurance Services
17780 Fitch, Suite 200
Irvine, CA 92614


Insco Insurance Services, Inc.
17780 Fitch Avenue
Suite 200
Irvine, CA 92614


Irwin Campbell & Tannenwald
c/o Anthony C. Kaye
Ballard Spahr LLP
201 S. Main Street, Suite 800
Salt Lake City, UT 84111

J.F. Cain
5505 Anthony Avenue
Baltimore, MD 21206


Jacqueline Jones
c/o Jeff Jones
12922 Safford East Street
Garden Grove, CA 92840


James Dayton
5310 Surburban Drive
Cambridge, MD 21613


James E. Baer
156 Inverness Road
Severna Park, MD 21146


James Glover
2000 Wilson Road
White Hall, MD 21161


James Glover
2000 Wilson Road
White Hall, MD 21161


James R. Glover
c/o Jon-Jorge Aras
Spadea Lanard & Lignana
1315 Walnut St., Suite 1119
Philadelphia, PA 19107


James R. Glover
c/o Howard, Lewis & Peterson
120 E 300 N.
PO Box 1248
Provo, UT 84603

James R. Glover
c/o Mark D. Maneche, Esquire
Pessin Katz Law, P.A.
901 Dulaney Valley Rd., Suite 400
Towson, MD 21204


James R. Glover
2000 Wilson Road
White Hall, MD 21161


James R. Glover, Trustee
2000 Wilson Road
White Marsh, MD 21162


Jamie Lancaster
3212 East Joppa Road, Apt. B
Parkville, MD 21234


Jamie Lancaster
c/o Thomas C. Costello, Esquire
Costello Law Group
409 Washington Avenue
Towson, MD 21204


Jamie McGlaughlin
5517 Bonnie Brook Road
Cambridge, MD 21613


Jean Brown
1115 Concordia Drive
Towson, MD 21286


Jeff Jones
1467 N. Wanda Road, Suite 105
Orange, CA 92867


Jennifer Jones Ramig
12472 McLeod St.
CA 92480

Jerry & Cathy Collins
c/o F&L Broadcast Development Corp.
1257 Via Rafael
San Marcos, CA 92078


Joan Petty
1300 Maywood Avenue
Towson, MD 21204


JoAnn Honchar
4017 High Point Rd.
Ellicott City, MD 21042


Joanne Jones
5770 Tipton Lane
Paradise, CA 95969


Joanne R. Beck
3400 Baywood Drive
Forest Hill, MD 21050


John A. Beckstead
c/o Bryan L. Norton
Holland & Hart (UT)
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101


John Hancock Financial Services
197 Claredon Street
Boston, MA 02116


John M. Baer
1319 Dogleg Drive
Locust Grove, VA 22508


John Weller
101 Willow Avenue
Towson, MD 21286

Jon-Jorge Aras
Spadea Lanard & Lignana
1315 Walnut St., Suite 1119
Philadelphia, PA 19107


Joseph & Mildred Loetell, Jr.
13803 Sea Captain Road
Ocean City, MD 21842


Joseph Kaplan
2671 Colleen Lane
Dacula, GA 30019


Joseph Loetell, Jr.
13803 Sea Captain Road
Ocean City, MD 21842


Joseph W. Loetell
13803 Sea Captain Road
Ocean City, MD 21842


Juan T. Snyder
1493 Heron Road
Pasadena, MD 21122


Judy K. Smith
8310 Nunley Drive, Apt. F
Parkville, MD 21234


Julie Glass
c/o Thomas C. Costello, Esquire
409 Washington Avenue, Suite 410
Towson, MD 21204


Julie Glass
8444 Early Budd Way
Laurel, MD 20723

K.W. Rantz
1718 Dun Swamp Road
Pocomoke City, MD 21851


Karen Bishop
7669 Lindbergh Avenue
Saint Louis, MO 63117


Karen Parsons
2309 Ridge Road
Reisterstown, MD 21136


Karnopp Peterson LLP
c/o Jeffrey Scott Williams
Nelson Christensen
68 S. Main Street, Suite 600
Salt Lake City, UT 84101


Kathleen Ruth Hughes
512 Murray Drive
Centralia, IL 62801


Kathy L. Dukes
2870 Pocock Road
Monkton, MD 21111


Katrine Galey
#802
Montgomery Village, MD 20886


Kay Trice
109 Somerset Avenue
Cambridge, MD 21613


Kay Trice
c/o Thomas C. Costello, Esquire
Costello Law Group
409 Washington Avenue
Towson, MD 21204

Kenneth Blackburn
336 Creek Bend Drive
Aledo, TX 76008


Kevin F. Cavanaugh
6114 Twin Point Cove Road
Cambridge, MD 21613


Lamont Hadfield
1923 Curtis Avenue
Salt Lake City, UT 84121


Lanny Heffner
c/o Thomas C. Costello, Esquire
Costello Law Group
409 Washington Avenue
Towson, MD 21204


Lanny R. Heffner
100 Peninsula Drive
Laurens, SC 29360


Laverne Snyder
1493 Heron Road
Pasadena, MD 21122


Lerman Senter PLLC
c/o Anthony C, Kaye
Ballard Spahr LLP (UT)
201 S. Main Street, Ste 800
Salt Lake City, UT 84111


Linda Almond
243 Lodestone Court
Westminster, MD 21158


Linda H. Wilson
311 Donald Circle
Forest Hill, MD 21050

Linda J. Bridges,  Jr. Trustee
13821 Baldwin Mill Road
Baldwin, MD 21013


Lisa A. Garrison
4628 Forge Acre Drive
Perry Hall, MD 21128


Liza B. St. Luke
615 Windermere Avenue
Asbury Park, NJ 07712


Margaret Kelly
1026 N. Marlyn Avenue
Essex, MD 21221


Margery M. Lowens
718 South Main Avenue
Scranton, PA 18504


Marguerite Herman
100 McCormick Avenue
Baltimore, MD 21206


Mark L. Roseburg, Esquire
7315 Wisconsin Avenue
Suite 800 West
Bethesda, MD 20814


Mark Nowicki, Trustee
17 Ashmill Circle
Nottingham, MD 21236


Martha Bergmann
4446 Nob Hill Lane
Freeland, WA 98249

Mary  Bromwell
5011 Riippling Rd.
Cambridge, MD 21613


Mary Ellen Mead
427 Hopkins Road
Baltimore, MD 21212


Mary Jones
109 Somerset Avenue
Cambridge, MD 21613


Mary Jude Burke
1349 Emory Church Road
Upperco, MD 21155


Mary M. Peach
PO Box 4060
Ocean City, MD 21843


Mary N. Bromwell
5011 Rippling Road
Cambridge, MD 21613


Mary T. Rimback
839 Powers Street
Baltimore, MD 21211


Maureen Glinowicki
5700 Williams Road
Hydes, MD 21082


Miriam Paulis Hardy
c/o Erin Gursky
3 Baratra Court #204
Lutherville Timonium, MD 21093

Moreland Associates, LLC
A Colorado Limited Liability Company
18923 HWY 65
Cedaredge, CO 81413


Nancy Woodring
 Ridge Road
Suite 103
Perryville, MD 21903


Nationwide Mutual Insurance Co.
PO Box 96040
Charlotte, NC 28296


NBRS Financial Bank
c/o David S. Musgrave, Esquire
Gordon Feinblatt LLC
233 E. Redwood Street
Baltimore, MD 21202


New England Securities  Corp.
1095 Avenue of the Americas
351 West Camden St.
Baltimore, MD 21201


New England Securities Corp
c/o Penelope M. Taylor, Esquire
McCarter & English, LLP
100 Mulberry Street, Four Gateway Ctr.
Newark, NJ 07102


Norma C. Terry
One E. Chase St., #705
Baltimore, MD 21202


Ocwen Loan Servicing, LLC
1661 Worthington Blvd, Suite 100
West Palm Beach, FL 33409

Olaf Snyder
1656 Probart St.
Brevard, NC 28712


Patricia E.G. Bucher
640 Kreamer Avenue
Lewisburg, PA 17837


Phillip Ansell
c/o Thomas C. Costello
Costello Law Group
409 Washington Avenue, Suite 410
Towson, MD 21204


Phillip J. Ansell
1121 Wiseburg Road
White Hall, MD 21161


Plants & Goodwin, Inc.
1034 Route 44
Shinglehouse, PA 16748


Plants & Goodwin, Inc.
1034 Rt. 44
Shinglehouse, PA 16748


Rachel Geisz
4025 Forest Valley Road
Parkville, MD 21234


Rachel Geisz
c/o Thomas C. Costello
Costello Law Group
409 Washington Avenue, Suite 410
Towson, MD 21204


Ray Ericson
Apt 1113
South Jordan, UT 84095

Raymond & Brenda Druen
420 Logger Drive
Gore, VA 22637


Raymond & Brenda Druen
420 Logger Drive
Gore, VA 22637


Raymond Druen
420 Logger Drive
Gore, VA 22637


Re'nee Butler
PO Box 665
140 W. 200 N
Santaquin, UT 84655


Regal Bank & Trust
PO Box 426
11436 Cronhill Drive, Unit 1
Owings Mills, MD 21117


Regina Terrana
11891 Easy Way
Garden Grove, CA 92840


Robert Nagle
c/o Thomas C. Costello, Esquire
Costello Law Group
409 Washington Avenue
Towson, MD 21204


Robert Nagle
3228 Fallston Road
Fallston, MD 21047


Robert S. Miller
2450 Rocky Way
Coupeville, WA 98239

Roland H. Huebner
6202 Marluth Avenue
Baltimore, MD 21206


Rosalie Clark
8112 Candle Lane
Rosedale, MD 21237


Rosann Nagle
3228 Fallston Road
Fallston, MD 21047


Rosann Nagle
c/o Thomas C. Costello, Esquire
Costello Law Group
409 Washington Avenue
Towson, MD 21204


Roy F. Choat, Jr.
Turnbull Choate
59 Cheyene Drive
Nashua, NH 03063


Rudolph Rawl
11714 Mohr Road
Kingsville, MD 21087


Rudolph Rawl
c/o Thomas C. Costello, Esquire
Costello Law Group
409 Washington Avenue
Towson, MD 21204


Sarah L. Loetell
3501 Northwind Road
Parkville, MD 21234

Sarah L. Loetell
c/o Thomas C. Costello, Esquire
Costello Law Group
409 Washington Avenue
Towson, MD 21204


Sarah W. Ensor
3631 Southside Avenue
Phoenix, MD 21131


Scott & Jo Vratarich
1716 Gemini Drive
Sykesville, MD 21784


Securities Exchange Commission
Independence Center
701 Market Street
Philadelphia, PA 19106-1532


Sharon Tomko
411 Essexwood Court
Essex, MD 21221


Sigma Alpha Iota
One Tunnell Road
Asheville, NC 28805


Sigma Alpha Iota Johnson
Philandthropies, Inc.
One Tunnel Road
Asheville, NC 28805


Signator Investors Inc
197 Claredon Street
Boston, MA 02116

```
Signator Investors Inc.
c/o Joshua R. Treen
Brown, Goldstein & Levy
120 East Balto. St., Suite 1700
Baltimore, MD 21202


Signator Investors Inc.
c/o John Wells, Esquire
Michaels, Ward & Rabinoviz, LLP
One Beacon St, 2nd Floor
Boston, MA 02108


Stephanie Davis
c/o Thomas C. Costello, Esquire
Costello Law Group
409 Washington Avenue, Suite 410
Towson, MD 21204


Stephanie E. Davis
413 Grasmere Drive
Aberdeen, MD 21001


Steve Hamilton
7808 Oakdale Avenue
Parkville, MD 21234


Steve Plants
1034 Route 44
Shinglehouse, PA 16748


Steve Plants
1034 Route 44
Shinglehouse, PA 16748


Summit Community Bank
Attn: Jason HIcks
310 North Main Street
Moorefield, WV 26836
```

SWCA
c/o Anthony C. Kaye
Ballard Spahr LLP
201 S. Main Street, Ste. 800
Salt Lake City, UT 84111


Thelma Asare
325 Hedgepocker Way
Reisterstown, MD 21136


Thomas Kemp
c/o Thomas C. Costello, Esquire
Costello Law Group
409 Washington Avenue
Towson, MD 21204


Thomas Kemp
10020 Dolfield Road
Owings Mills, MD 21117


Vincent Gargiulo
12928 Community Road
Middle River, MD 21220


Warren L. Heffner
3820 Arquint Road
Vernon Center, NY 13477


Weyrich, Cronin & Sorra
1301 York Road, Suite 800
Lutherville Timonium, MD 21093


William E. Moore
10 Coronet Drive
Linthicum Heights, MD 21090


William Kruse
1317 Spring Avenue
Rosedale, MD 21237

William Kruse
c/o Thomas C. Costello, Esquire
Costello Law Group
409 Washington Avenue
Towson, MD 21204


William Latleif
c/o Thomas C. Costello, Esquire
Costello Law Group
409 Washington Avenue
Towson, MD 21204


William M. Latleif
PO Box 226
Spring Hill, TN 37174


William Moore


William Todd
194 Choptank Terrace
Cambridge, MD 21613


William Todd
c/o Thomas C. Costello, Esquire
Costello Law Group
409 Washington Avenue
Towson, MD 21204


Woodlands Bank
2450 East Third Street
Williamsport, PA 17701