**XFINITY Connect**  boltonkearneybnkr@comcast.ne
+ Font Size -

U.S. Bankruptcy Court, District of Maryland - Undeliverable Notice, In re: Sherman Taft Hill, Case Number: 15-14475, DER, Ref: [p-80733533]

**From :** USBankruptcyCourts@noticingcenter.com   Wed, Apr 01, 2015 12:52 PM

**Subject :** U.S. Bankruptcy Court, District of Maryland - Undeliverable Notice, In re: Sherman Taft Hill, Case Number: 15-14475, DER, Ref: [p-80733533]   📎1 attachment

**To :** boltonkearneybnkr@comcast.net

## Notice of Undeliverable Mail to Debtor/Debtor's Attorney

April 2, 2015

From: United States Bankruptcy Court, District of Maryland

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
   In re: Sherman Taft Hill, Case Number 15-14475, DER

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**Baltimore**
**Baltimore Division**
**101 West Lombard Street, Ste. 8530**
**Baltimore, MD 21201**

Undeliverable Address:
Calvin Jensen
710 E. 100 S
Hyde Park, UT 84318

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

/SHK

*55 West 730 South*
*Hyde Park, UT 84318.*

Undeliverable Address:
Catherine England
10703 Cardington Way, Apt. T4
Cockeysville, MD 21030

Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 1839 LOCH SHIEL RD, PARKVILLE MD 21234-5217 FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

Undeliverable Address:
Concetta & Steve Hamilton

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
*7808 Oakdale Ave.*
*Balto. MD 21234*

Undeliverable Address:
Daniel H. & June Young
13213 Manor Road
Glen Arm, MD 21057

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

Undeliverable Address:
Donald W. Johnson
2905 Spring Canyon Road
Santa Ynez, CA 93460

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

Undeliverable Address:
Edna Bradford
c/o Barbara Clark
4453 Carroll Manor Road
Baldwin, MD 21013

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

_____

FILED
2015 APR 13 AM 11: 46
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

Undeliverable Address:
Heather Russo
1 Collins Court
Lutherville Timonium, MD 21093

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

_____

Undeliverable Address:
James R. Glover
c/o Jon-Jorge Aras
Spadea Lanard & Lignana
1315 Walnut St., Suite 1119
Philadelphia, PA 19107

Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 1315 WALNUT ST STE 1532, PHILADELPHIA PA 19107-4724 FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:
*Spadea Lanard & Lignana*
*1315 Walnut St. Suite 1532*
*Philadelphia, PA. 19107*

Undeliverable Address:
Jennifer Jones Ramig
12472 McLeod St.
CA 92480

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

_____

Undeliverable Address:

Joanne R. Beck
3400 Baywood Drive
Forest Hill, MD 21050

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

4408 Patriot Garth
Belcamp MD 21017

Undeliverable Address:
Jon-Jorge Aras
Spadea Lanard & Lignana
1315 Walnut St., Suite 1119
Philadelphia, PA 19107

Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 1315 WALNUT ST STE 1532, PHILADELPHIA PA 19107-4724 FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

Spadea Lanard + Lignana
1315 Walnut St. Suite 1532
Philadelphia PA 19107.

Undeliverable Address:
Julie Glass
8444 Early Budd Way
Laurel, MD 20723

Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 802 KENBROOK DR, SILVER SPRING MD 20902-3227 FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

8444 Early Bud Way
Laurel, MD 20723

Undeliverable Address:
Stephanie E. Davis
413 Grasmere Drive
Aberdeen, MD 21001

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

Undeliverable Address:
William Moore

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

10 Coronet Dr.

Lithicum MD 21090

W. W. Belton /m                                          4-10-15
Signature of Debtor or Debtor's Attorney                 Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

B_P11514475B9A0023.PDF
8 KB