BAE Systems
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, VA 20171-3514

FILED

2015 APR 13 AM 11: 43

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

070510  70510 1 MB 0.432  21842  3 2  7757-1-71888

Joseph & Mildred Loetell, Jr.
13803 Sea Captain Road
Ocean City, MD 21842-5826

*[Handwritten:] NEW
2511 HOMEWOOD DR
FREDERICK, MD
21704 ✓*

# ATTENTION: ADDRESS CORRECTION REQUESTED

The United States Postal Service (USPS) National Change of Address database indicates that the address listed above is subject to a forwarding order to a new address. The USPS only provides forwarding service for a limited period of time.

**We request that you update your address immediately with the bankruptcy court(s) listed on the notice, pursuant to each court's local procedures, to reflect any change.**

If the Change of Address information should not be used, please contact your local Postmaster to correct the Change of Address information that has been filed with the Postal Service.

070510    19107070580020